UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA OCALA DIVISION

FRANCESCA NICOLE PERERA,

    Plaintiff,

v.                                                          Case No: 5:17-cv-422-PRL

CITY OF OCALA, JUSTIN D. ARNOLD,
DANIEL FITZPATRICK,

    Defendants.

_____/

## STIPULATED MOTION FOR ENTRY OF
## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 58(d), Plaintiff and Defendants hereby stipulate that pursuant the parties' settlement of this cause and this Court's subsequent Order of Dismissal that entry of Final Judgment of Dismissal with Prejudice be entered in this matter.

    WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter final judgment reflecting dismissal with prejudice of this cause.

Dated this 10th day of March, 2021.

| | |
|---|---|
| MARCY I. LAHART, P.A. | GILLIGAN, GOODING, BATSEL, ANDERSON & PHELAN, P.A. |
| _____ | _____ |
| Marcy I. LaHart, Esquire | Patrick G. Gilligan, Esquire |
| 207 SE Tuscawilla Road | Florida Bar No. 375454 |
| Micanopy, FL 32667 | Gwendolyn Pasteur Williams, Esquire |
| Telephone: 352-545-7001 | Florida Bar No. 107205 |
| marcy@floridaanimallawyer.com | 1531 S.E. 36th Avenue |
| | Ocala, Florida 34471 |