UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FRANCESCA NICOLE PERERA,**

    **Plaintiff,**

v.                                                                                                  Case No: 5:17-cv-422-PRL

**CITY OF OCALA, JUSTIN D. ARNOLD and D. FITZPATRICK,**

    **Defendants.**

### ORDER

This consent case is before the Court on the parties' Stipulated Motion for Entry of Final Judgment of Dismissal with Prejudice (Doc. 38). Pursuant to the stipulation and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case with prejudice, each party to bear its own attorney's fees and costs. The Clerk is further directed to terminate all pending motions and close the file.

    **DONE** and **ORDERED** in Ocala, Florida on March 12, 2021.

                                                                  PHILIP R. LAMMENS
                                                                  United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties